United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

JAN 12 2022

Nathan Ochsner, Clerk of Court

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § | CRIMINAL NO. L-22-52 |
| NATHAN HERNAN SERNA | § | |
| FELIX MALDONADO | § | |
| DANIEL MALDONADO | § | |



## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about **December 9, 2021** and continuing at least to on or about **December 16, 2021**, in the Southern District of Texas, and within the jurisdiction of the Court, Defendants,

**NATHAN HERNAN SERNA,
FELIX MALDONADO, and
DANIEL MALDONADO,**

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about December 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**NATHAN HERNAN SERNA,
FELIX MALDONADO, and**

DANIEL MALDONADO,

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

José Angel Moreno
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET L-22-52

LAREDO DIVISION                                             NO. _____

FILE: 2021R09251   MAG#: 21-MJ-02636
INDICTMENT         Filed: January 12, 2022                  Judge: _____

UNITED STATES OF AMERICA

ATTORNEYS:

VS.

JENNIFER B. LOWERY, USA
JOSÉ ANGEL MORENO, AUSA

**NATHAN HERNAN SERNA**
**FELIX MALDONADO**
**DANIEL MALDONADO**

**CHARGE:**
   Ct. 1:  Conspiracy to possess with intent to distribute 500 grams or more of cocaine
           [21 USC 846, 841(a)(1) & 841(b)(1)(B)]
   Ct. 2:  Possess with intent to distribute 500 grams or more of cocaine
           [21 USC 841(a)(1) & 841(b)(1)(B)]

**TOTAL COUNTS: 2**

**PENALTY:**
   Ct. 1-2:   5 to 40 years imprisonment, not more than a $5,000,000 fine, $100
              special assessment, at least 4 years up to a life term of supervised release.

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: