UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:22-CR-00052-01 |
| | § | |
| NATHAN HERNAN SERNA | § | |
| | § | |

FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Jennifer B. Lowery, United States Attorney for the Southern District of Texas and José Angel Moreno, Assistant United States Attorney, and the defendant, NATHAN HERNAN SERNA and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

On December 9, 2021, a Drug Enforcement Administration (DEA) Confidential Source (CS) reached out to NATHAN HERNAN SERNA (SERNA) via Facebook Messenger and asked SERNA if the CS could buy two (2) kilograms of cocaine. SERNA replied that he would let the CS know.

On December 10, 2021, the CS reached out to SERNA and told SERNA the CS was in San Antonio retrieving the money for the transaction. On December 13, 2021, the CS again reached out to SERNA regarding the price for kilograms, and SERNA told the CS that they would

be $24,500 each. The CS told **SERNA** that the CS would be back in Laredo on December 14, 2021, to consummate the deal. The deal was then put off until December 16, 2021.

On **December 16, 2021**, Agents set up surveillance at **SERNA's** residence. Agents saw a black Chevrolet Malibu arrive at the residence. A male, later identified as **Felix MALDONADO, Jr. (FELIX)**, exited the car and entered **SERNA's** residence. A short time later, **FELIX** departed from the residence. The CS contacted **SERNA** via Facebook Messenger to the deal. **SERNA** told the CS that **SERNA** was working on the deal and told the CS that his Source of Supply (SOS) had left to pick up the two (2) kilograms of cocaine. **SERNA** later told the CS that the SOS was on his way to meet **SERNA** with the drugs.

Approximately 30 minutes later, Agents saw a white Ford F-150 arrive at **SERNA's** house, followed by the Malibu. Agents saw **FELIX** exit the Malibu carrying a black plastic bag containing two bundles of suspected cocaine. Agents also saw the driver of the white Ford F-150, later identified as **Daniel MALDONADO (DANIEL)**, exit the truck, and talk with **FELIX** as they both entered **SERNA's** house. Moments later, Agents saw **SERNA** exit the house and board his blue Ford F-150. Surveillance followed **SERNA** from his residence to the CS's residence. Agents instructed the CS to tell **SERNA** that the CS was not home but instead at the Dorel Apartments on Bob Bullock Loop. After a few minutes, the surveillance followed **SERNA** back to his residence. Agents saw **FELIX** talking to **SERNA**. **FELIX** then went back into **SERNA's** house and a few moments later, **FELIX** and **DANIEL** exited the house and went to their respective vehicles. Agents noticed that **DANIEL** was now carrying the black bag into the white Ford F-150.

Surveillance followed the three vehicles to **FELIX's** residence. Agents then saw **FELIX** exit the Malibu and enter the passenger side of the white Ford F-150. Surveillance then followed

the two trucks to the Dorel Apartment complex. After 20 minutes, Agents saw the white F-150 depart the Dorel Apartments.

DEA then asked a Webb County Sheriff's Office (WCSO) Deputy to assist with a traffic stop. A WCSO Deputy conducted a traffic stop, and the truck came to a stop at the gas pumps of a Stripes convenience store. The Deputy identified the driver as **DANIEL** and the passenger as **FELIX**. During the stop, the Deputy requested consent to search the truck, and **DANIEL** consented verbally.   The Deputy noticed two plastic grocery bags on the passenger side floorboard. Deputy Lozano requested permission to search the bags and **DANIEL** stated that the Deputy could search anything inside the truck. The Deputy discovered that the second grocery bag contained two bundles of a white substance. Both were wrapped in plastic wrap, but one was open. Deputy Lozano then took **DANIEL** into custody and placed him in the back of his patrol unit. In the meantime, surveillance saw **SERNA** depart the Dorel Apartments and travel to back his house. A CBP K-9 Officer arrived with his service canine. The dog alerted to the bag with the bundles. **FELIX** was then detained.

**DANIEL** waived his rights and agreed to speak with the agents. During the interview, **DANIEL** admitted that he knew the bundles contained cocaine. He told the agents that **FELIX** provides **DANIEL** with cocaine and that **FELIX** had recruited **DANIEL** to drive when **FELIX** is making cocaine deliveries. **DANIEL** stated that he normally got $200 to $400 for driving. **DANIEL** stated the drugs were not his and that **FELIX** had brought the drugs from **FELIX**'s house.

**FELIX** waived his rights and agreed to speak with the agents. During the interview, **FELIX** gave verbal and written consent to search his house. **FELIX** told the agent that **FELIX** had personal use cocaine in his room. He also told the agents that the two (2) kilos had come from

a "friend", but later identified his suppliers.  Agents seized approximately 16.9 grams of cocaine and $12,000 in U.S. Currency from **FELIX's** house.

Defendant, **NATHAN HERNAN SERNA**, hereby confesses and judicially admits that **beginning on or about December 9, 2021 and continuing at least to on or about December 16, 2021,** he knowingly **conspired to possess with intent to distribute 500 grams or more of cocaine,** in violation of Title **21,** United States Code, Section **846, 841(a)(1) & 841(b)(1)(B).**

**NATHAN HERNAN SERNA**
Defendant

APPROVED:

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By:

José Angel Moreno
Assistant United States Attorney
Southern District of Texas
Telephone:  (956) 723-6523
Email: Angel.Moreno@usdoj.gov

Adrian Chapa, III.
Attorney for Defendant